No. 338, Misc., October Term, 1965. PEEK v. UNITED STATES ET AL., 384 U. S. 1017;

No. 557, Misc., October Term, 1965. PISCITELLO v. NEW YORK, 384 U. S. 1022;

No. 577, Misc., October Term, 1965. LAINE v. CALIFORNIA, 384 U. S. 1020;

No. 723, Misc., October Term, 1965. MEDRANO v. WILSON, WARDEN, 384 U. S. 1018;

No. 912, Misc., October Term, 1965. COTTON v. YAWN, WARDEN, 384 U. S. 948;

No. 1188, Misc., October Term, 1965. McCLUNG v. WASHINGTON, 384 U. S. 1013; and

No. 1336, Misc., October Term, 1965. CLEMONS v. TEXAS, 384 U. S. 1015. Motions for leave to file petitions for rehearing denied.

No. 426, Misc., October Term, 1965. WARRINER v. FINK ET AL., 382 U. S. 871, 922; and

No. 485, Misc., October Term, 1965. FINFER v. COHEN, COMMISSIONER OF INTERNAL REVENUE, 382 U. S. 883, 949. Motions for leave to file second petitions for rehearing denied.

OCTOBER 17, 1966.

No. 47. UNITED STATES v. FABRIZIO. Appeal from D. C. W. D. N. Y. (Probable jurisdiction noted, 383 U. S. 904.) Motion of the State of New Hampshire for leave to participate in oral argument, as *amicus curiae,* granted and thirty minutes are allotted for that purpose. The Solicitor General shall be allotted an additional thirty minutes to argue on behalf of the United States. *Joseph A. Millimet,* Special Assistant Attorney General of New Hampshire, on the motion.